# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| In the Matter of: | } |
| | } Case No. 09-32684 |
| Mitchell Tolbert | } |
| LaShondra Tolbert | } Chapter 13 |
| | } |
| **Debtor(s)** | } |

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

### OBJECTION TO CLAIM NO. 4 OF THE INTERNAL REVENUE SERVICE

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the claim of **THE INTERNAL REVENUE SERVICE, Claim No.** and as grounds for said Objection will state as follows:

1. On November 9, 2009, the Internal Revenue Service filed a total proof of claim for $56,380.93. Of that amount, $21,003.68 was claimed as secured, $31,191.34 was claimed as unsecured and $4,185.91 was claimed as priority based upon what the service claimed were unfiled returns for 2007.

2. The Debtor objects to the priority portion of the claim as the 2007 taxes have been filed and actually show a refund of $3,947.

3. In addition, the 2008 return shows a refund of $6,436. Both refunds should offset any tax debt owed. If 10,383 is applied to the general unsecured portion of the claim that amount would be reduced to $20,808.34

WHEREFORE, the premises considered, the Debtor objects to Claim No. 4 of the Internal Revenue Service and asks this court to reduce the priority portion of the claim to zero and to reduce the general unsecured amount to $20808.34. The claim should allow the secured claim of

$21,003.68 for a total claim amount of $41,812.02

Respectfully submitted this 19 day of November, 2009.

/s/ Vonda S. McLeod ASB-5507-D65-V
*Attorney for Debtor*:
Vonda S. McLeod ASB-5507-D65-V
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this the 19 day of November, 2009.

Hon. Curtis C. Reding
trustees_office@ch13mdal.com
Trustee in Chapter 13
P.O. Box 173
Montgomery, AL 36101

Internal Revenue Service
801 Tom Martin Drive
Stop R126
Birmingham, AL 35211

Hon. Patricia Conover
patricia.conover@usdoj.gov
Assistant U.S. Attorney
P.O. Box 197
Montgomery, AL 36101

/s/Vonda S. McLeod
ASB-5507-D65-V